IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ANAEL CASTRO-HERNANDEZ                                                           PLAINTIFF
ADC #159201

v.                              Case No. 2:20-cv-00225-LPR-JJV

ARKANSAS DEPARTMENT OF CORRECTION, *et al.*                                      DEFENDANTS

## JUDGMENT

Consistent with previous Orders of dismissal entered in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment and the associated Orders is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 16th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE